No. 12–6323. LINDSAY *v.* BOEING NORTH AMERICA, INC., ET AL., *ante*, p. 1020. Petition for rehearing denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–6894. DEGLACE *v.* JARVIS, WARDEN, *ante*, p. 1042. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

JANUARY 25, 2013

No. 12–642. GUREGHIAN ET AL. *v.* PHILADELPHIA NEWSPAPERS, LLC, ET AL. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.1.

FEBRUARY 6, 2013

No. 12A769. HEALTHBRIDGE MANAGEMENT, LLC, ET AL. *v.* KREISBERG, REGIONAL DIRECTOR OF REGION 34 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD. D. C. Conn. Application for stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE ALITO took no part in the consideration or decision of this application.

FEBRUARY 15, 2013

No. 11–796. BOWMAN *v.* MONSANTO CO. ET AL. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 936.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted, and the time is divided as follows: 30 minutes for petitioner, 10 minutes for the Solicitor General, and 30 minutes for respondents.

No. 11–10362. MILLBROOK *v.* UNITED STATES. C. A. 3d Cir. [Certiorari granted, 567 U. S. 968.] Motion of the Solicitor General for divided argument granted.